UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZOILA GOMEZ, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RAFAEL N. GOMEZ** | **MISC. CASE NO.** 17-mc-123 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; and TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **MAGISTRATE JUDGE HANNA** |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, RAFAEL N. GOMEZ

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Zoila Gomez, Individually and as Special Administrator of the Estate of Rafael N. Gomez, deceased and Derivative Claimant; and Lewis Gomez and Enny Gomez and Arnold Cruz as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Zoila Gomez, Individually and as Special Administrator of the Estate of Rafael N. Gomez and Derivative Claimant and Lewis Gomez and Enny Gomez and Arnold Cruz as Derivative Claimants individually and as legal heirs to the

Estate of Rafael N. Gomez, deceased, and Takeda, as notice to the Court on <u>July 20, 2017 be</u>

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>24th</u> of <u>July</u>, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE