U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 7 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZOILA GOMEZ, ET AL. | MISC. CASE NO. 17-mc-123 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Zoila Gomez, as Special Administrator and Derivative Claimant; and Lewis Gomez, Enny Gomez and Arnold Cruz as Derivative Claimants of the Estate of Rafael N. Gomez, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 7th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 8/7/17
BY ____
TO RFD/CG